

CopyCat Legal PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

T 877-HERO-CAT (877-437-6228)
E christine@copycatlegal.com

## MEMORANDUM ENDORSED

May 21, 2026

**VIA ECF**

The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*RE: Chris McAndrew v. Theatrical Index LTD.  (Case No. 1:25-cv-07879-JAV)*

Dear Judge Gorenstein:

This firm represents plaintiff Chris McAndrew ("Plaintiff") in the above-referenced action. I am writing regarding the Court's May 15, 2026 Order Scheduling Settlement Conference [D.E. 20], which sets a June 2, 2026, in-person Settlement Conference (the "Conference"). I am writing to request that the Court allow all parties to attend the Conference remotely (via Zoom, telephone, or some other means).

Plaintiff resides in London, England and, as such, pursuant to the Order, Plaintiff intends to appear for the Settlement Conference via telephone. Additionally, undersigned counsel's offices are located in Coral Springs, Florida. In an effort to reduce travel costs, accommodate undersigned counsel's current heavy case load and preexisting professional obligations and, given that Plaintiff will be appearing telephonically, it is hereby respectfully requested that all parties be permitted to attend the Conference via Zoom, telephonically, or some other remote means.

Plaintiff's counsel conferred with Defendant's counsel regarding the requested relief. Defendant consents to virtual appearances for all parties only for the Settlement Conference scheduled for June 2, 2026, at 10:00 am.

Therefore, Plaintiff respectfully requests that the Court enter an Order: (a) granting this motion and (b) allowing all parties to attend the June 2, 2026 Conference via Zoom, telephonically, or some other remote means. Thank you."

Very truly yours,
/s/ Christine Zaffarano
   Christine Zaffarano, Esq.

Application granted.  The Court will separately issue an order addressing the procedures for a video settlement conference.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

May 26, 2026